THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD KELLOGG, :
:
    Plaintiff, :
  v. : 3:22-CV-1165
: (JUDGE MARIANI)
JOSEPH STAYROOK, et al., :
:
    Defendants. :

## ORDER

AND NOW, THIS 3rd DAY OF MARCH, 2023, for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff Ronald Kellogg's Motion to Remand (Doc. 4) is **GRANTED**.

2. The above-captioned action is **REMANDED** to the Court of Common Pleas of Pike County.

3. The Clerk of Court is directed to **CLOSE** the federal action.

4. The Clerk of Court is directed to mail a certified copy of this order of remand to the Clerk of the Court of Common Pleas of Pike County.

                                                Robert D. Mariani
                                                United States District Judge